**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

IN RE:                                                                                      Case No. 21-60972
                                                                                                 Chapter 13

LINDA MAYNARD HALL

                     Debtor

**TRUSTEE'S PETITION TO DISMISS CASE AND NOTICE OF HEARING**

COMES NOW the Standing Chapter 13 Trustee, and moves this Court to dismiss this case because the Debtor defaulted in making plan payments pursuant to the confirmed Chapter 13 plan as follows:

**DATE OF LAST PAYMENT: 11/10/2023**        **ESTIMATED AMOUNT OF ARREARAGE**
                                                                                     ***AS OF 01/10/2024 is $4,757.00**
                                                                                     Number of months in arrears is: **3**

The Trustee may request immediate dismissal of the case at the hearing below unless the Debtor(s) cure the default, submit an order resolving the default, or file an amended plan to cure the default prior to the hearing noticed below.

**NOTICE OF HEARING**

The hearing on the Trustee's Motion to Dismiss Case shall be held on the date and time below, which hearing shall be held by VIDEO CONFERENCE. Do NOT appear in person. Any party opposing the motion or seeking to be heard must join the video conference hearing using the meeting ID and link on:
**February 29, 2024, at 9:30 A.M.**

ZOOM Meeting ID: 160 369 2643
ZOOM Link: https://vawb-uscourts-gov.zoomgov.com/j/1603692643

**Certificate of Service**

      On January 10, 2024, I mailed a copy of this Motion and Notice of Hearing by first-class mail, postage paid, to the Debtor, LINDA MAYNARD HALL, PO BOX 103, NEW YORK, NY 10044, and served it electronically upon the Debtor's attorney.

                                                       /s/ Angela M. Scolforo
                                                       Angela M. Scolforo, Chapter 13 Trustee
                                                       VSB #42574
                                                       P. O. Box 2103
                                                       Charlottesville, VA 22902
                                                       Ph: 434-817-9913
                                                       Email: ch13staff@cvillech13.net